ADRIENNE C. PUBLICOVER (SBN 161432)
adrienne. publicover@wilsonelser.com
DENNIS J. RHODES  (SBN 168417)
dennis.rhodes@wilsonelser.com
WILSON, ELSER, MOSKOWITZ,
    EDELMAN& DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA  94105
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370

Attorneys for Plaintiff
THRIVENT FINANCIAL
FOR LUTHERANS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THRIVENT FINANCIAL FOR LUTHERANS, <br><br> Plaintiff, <br><br> v. <br><br> SUE P. SEROPIAN, DENISE S. LANGFORD, BRETT SEROPIAN, RICHARD SEROPIAN, LINDA M. MILLER and DOES 1-10, <br><br> Defendants. | Civil No. 2:15-cv-02046-TLN-AC <br><br> **JUDGMENT ON STIPULATION** <br><br> Complaint filed:  September 29, 2015 |

    The Stipulation for Judgment submitted by plaintiff THRIVENT FINANCIAL FOR LUTHERANS ("Thrivent"), by and through its counsel of record, and defendants SUE P. SEROPIAN, DENISE S. LANGFORD, BRETT SEROPIAN, RICHARD SEROPIAN, and LINDA SEROPIAN-MILLER, erroneously sued herein as LINDA M. MILLER on their own behalves (plaintiff and all defendants collectively referred to hereinafter as "the Parties"), came before this Court in due course and is hereby **GRANTED**.

    **IT IS HEREBY ADJUDGED AND DECREED:**

    1.    That, this Court has jurisdiction over the Parties and this dispute;

    2.    That, defendants identified as Does1 – 10 are hereby dismissed with prejudice;

///

3.      That, due to the mutual mistake of the Parties, Annuity Contract no. XXXX9675 and Annuity Contract no. XXX4345[1] are hereby reformed such that defendant Sue Seropian remains the designated primary Beneficiary as that term is defined in the contracts and the Internal Revenue Code sections 72(s) and 401(a)(9), as applicable, and defendants Denise S. Langford, Brett Seropian, Richard Seropian and Linda Seropian-Miller be designated contingent beneficiaries;

4.      That, on account of the death of George Seropian, Sue Seropian as primary Beneficiary is the legal owner of Annuity Contract no. XXXX9675 and Annuity Contract no. XXX4345 with all legal rights attendant thereto including but not limited to the right to exercise the Spousal Benefit Option and the rights afforded under Internal Revenue Code sections 72(s) and 401(a)(9);

5.      That defendants Denise S. Langford, Brett Seropian, Richard Seropian and Linda Seropian-Miller are designated contingent beneficiaries of Annuity Contract no. XXXX9675 and Annuity Contract no. XXX4345;

6.      That defendants Sue Seropian, Denise S. Langford, Brett Seropian, Richard Seropian and Linda Seropian-Miller, their heirs, successors, assigns, agents, and/or representatives shall be permanently enjoined from instituting or prosecuting in any State, or United States, Court any proceeding against Thrivent and/or its successors, executors, administrators, agents, assigns, parent companies, affiliates, subsidiaries, related companies, contractors, officers, directors, employees, successors, attorneys, brokers, relating to the annuities which are the subject of this dispute, including but not limited to the sale of the annuities, the attempt to change the beneficiary designations of the annuities, the investigation into of the change of beneficiary of the annuities and the claim for benefits and ownership of the annuities; and

7.      That all parties shall bear their own attorneys' fees and costs, if any there be.

Dated:  December 22, 2015

_____
Troy L. Nunley
United States District Judge

---

[1] As this filing is a matter of public record and in order to protect the confidential financial information, the account numbers have been redacted to reflect only the last four digits.

2
**JUDGMENT**

1471950v.1